NO. 07-01-0246-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 19, 2001

______________________________

LINDA LOTTI, APPELLANT

V.

BOLDT, INC., D/B/A MCDONALD’S RESTAURANT, APPELLEE

_________________________________

FROM THE 137
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 99-505,784; HONORABLE BLAIR CHERRY, JR., JUDGE

_______________________________

Before QUINN and REAVIS and JOHNSON, JJ.

On October 29, 2001, the appellant filed an unopposed Motion to Dismiss Appeal averring that she no longer wished to pursue the appeal and that the appeal should be dismissed.

Without passing on the merits of the case, the appellant’s unopposed Motion to Dismiss Appeal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1(a)(1).  No order pertaining to costs is hereby made as all costs have been paid.  Having dismissed the appeal at the appellant’s request and because the appellee is not opposed to such a request,  no motion for rehearing will be entertained and our mandate will issue forthwith. 

Phil Johnson

    Justice

Do not publish.